# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ALAIN RODRIGUEZ-ROIG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-2996

_____

September 27, 2023

Appeal from the Circuit Court for Hillsborough County; Christine Ann Marlewski, Judge.

Howard L. Dimmig, II, Public Defender, and Matthew J. Salvia, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Katherine Coombs Cline, Senior Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

We affirm the revocation of Alain Rodriguez-Roig's probation, but we remand for the trial court to correct a scrivener's error in the revocation order. The revocation order incorrectly states that Rodriguez-Roig admitted to violating condition five (nine counts) of his probation; the order should be corrected to reflect that the trial court found that Rodriguez-Roig violated one count of condition five of his probation after

an evidentiary hearing. *See Romano v. State*, 205 So. 3d 828, 829 (Fla. 2d DCA 2016); *Bess v. State*, 158 So. 3d 711, 712 (Fla. 2d DCA 2015). Rodriguez-Roig preserved this issue by filing a motion to correct sentencing error pursuant to Florida Rule of Criminal Procedure 3.800(b).

Affirmed; remanded.

KHOUZAM, MORRIS, and BLACK, JJ., Concur.

––––––––––––––––––––––––––––

Opinion subject to revision prior to official publication.